## UNITED STATES COURT OF INTERNATIONAL TRADE

### BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

|  |  |  |
|---|---|---|
| ALPINESTARS SPA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. 08-00367, etc |
| | : | (per attached schedule) |
| UNITED STATES, | : | |
| Defendant. | : | |

### JOINT STATUS REPORT

The parties respectfully submit this joint status report pursuant to the Court's March 4, 2026 Order.  ECF No. 89.

These cases all concern appraisement of the imported merchandise.[1]  Defendant liquidated the entries – as entered – based on the transaction value method of appraisement using Plaintiff's resale price to customers in the United States.  Plaintiff seeks re-appraisement based on the price Plaintiff paid to its various foreign suppliers, plus the value of assists.  In the Spring of 2024, Plaintiff provided documentation related to the protests, entries, and merchandise subject to Court No. 11-00007.  Defendant reviewed such documentation and agreed with Plaintiff's claims in that case, resulting in the stipulated judgment of the case in July 2024.  In that matter, CBP was able to determine that transaction value should be based on the transaction between plaintiff and its foreign suppliers, and plaintiff provided the necessary information to arrive at the proper valuation figure.  With respect to the other cases concerning value claims, Defendant requested that Plaintiff provide similar documentation on a sampling of 46 entries across the pending cases.

---

[1] Cases that concern appraisement <u>and</u> classification of the merchandise are denoted with an asterisk (*) in the attached schedule.

Plaintiff provided such documentation to Defendant, which included commercial invoices, purchase orders, assist calculations, and proof of payment, over the course of several months, through the Spring of 2025.  The purpose of the initial sampling review was to determine for what percentage (by value) of entries Plaintiff could substantiate its claim that the value of the merchandise should be based on the sale between plaintiff and its foreign suppliers.  Defendant has, as of July 2025, completed that sampling review analysis.

At present, the parties are continuing efforts to stipulate the remaining cases concerning only value claims, excluding, for now, consideration of cases that cover both value *and* classification claims.  In particular, the parties are focused now on determining the values that Plaintiff claims are the appropriate appraisement of its merchandise, which can be used to determine any potential duty refund amounts.  On November 13, 2025, Plaintiff provided Defendant with an analysis calculating an average value adjustment (between entered value and claimed value) across a sample pool of entries that it asserts could be applied to all entries/merchandise across all cases.  At the time that the parties submitted the previous status report in December 2025, Plaintiff had yet to provide the Government with complete documentation including its claimed values for most of the entries covered by the aforementioned cases.

Following the last status conference with the Court on December 4, 2025, the parties conferred and made additional progress concerning the production of claimed value information that is required to determine the amounts of any potential duty refunds.  On February 6, 2026, Plaintiff provided a spreadsheet – ostensibly for all entries at issue in the aforementioned cases – including its claimed values.  Some of these values are based on transaction value worksheets that Plaintiff separately submitted.  Others are based on an averaging methodology which employs an

average reduction from entered value to arrive at Plaintiff's claimed value.  CBP has been reviewing this information with the goal of determining a proposed global settlement offer to resolve the cases which only concern value claims.

On April 22, 2026, a draft global settlement offer was exchanged between the parties, for all cases which concern only value claims.  Plaintiff is reviewing the offer and requested additional information from Defendant in order to properly evaluate the same.  Defendant provided additional information, and the parties intend to further discuss this matter.

The parties are optimistic that they will be able to settle the aforementioned cases without the need for additional litigation and formal discovery.  The parties will file with the Court a joint status report within 60 days hereof with details as to any outstanding steps in the case.

Respectfully submitted,

By: /s/ Erik Smithweiss
Erik Smithweiss
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
707 Wilshire Blvd.
Suite 4150
Los Angeles, CA 90017
Tel.: (213) 624-1970

Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By: /s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
U.S. Dep't of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza - Suite 346
New York, New York 10278
Tel.: (212) 264-9236
Attorneys for Defendant

May 4, 2026

| COURT NUM | PLAINTIFF |
|---|---|
| 08-00367 | ALPINESTARS S.P.A. |
| 08-00407 | ALPINESTARS S.P.A. |
| * 08-00408 | ALPINESTARS S.P.A. |
| 09-00074 | ALPINESTARS S.P.A. |
| 09-00075 | ALPINESTARS S.P.A. |
| 09-00076 | ALPINESTARS S.P.A. |
| 09-00077 | ALPINESTARS S.P.A. |
| 09-00107 | ALPINESTARS S.P.A. |
| * 09-00112 | ALPINESTARS S.P.A. |
| * 09-00113 | ALPINESTARS S.P.A. |
| 09-00114 | ALPINESTARS S.P.A. |
| 09-00115 | ALPINESTARS S.P.A. |
| 09-00131 | ALPINESTARS S.P.A. |
| 09-00147 | ALPINESTARS S.P.A. |
| 09-00176 | ALPINESTARS S.P.A. |
| 09-00178 | ALPINESTARS S.P.A. |
| 09-00179 | ALPINESTARS S.P.A. |
| 09-00319 | ALPINESTARS S.P.A. |
| 09-00320 | ALPINESTARS S.P.A. |
| 09-00321 | ALPINESTARS S.P.A. |
| * 09-00322 | ALPINESTARS S.P.A. |
| 09-00388 | ALPINESTARS S.P.A. |
| 09-00389 | ALPINESTARS S.P.A. |
| * 09-00393 | ALPINESTARS S.P.A. |
| 09-00417 | ALPINESTARS S.P.A. |
| 09-00418 | ALPINESTARS S.P.A. |
| 09-00512 | ALPINESTARS S.P.A. |
| 09-00513 | ALPINESTARS S.P.A. |
| * 09-00517 | ALPINESTARS S.P.A. |
| 10-00005 | ALPINESTARS S.P.A. |
| 10-00006 | ALPINESTARS S.P.A. |
| 10-00008 | ALPINESTARS S.P.A. |
| * 10-00009 | ALPINESTARS S.P.A. |
| 10-00024 | ALPINESTARS S.P.A. |
| 10-00025 | ALPINESTARS S.P.A. |
| * 10-00027 | ALPINESTARS S.P.A. |
| 10-00028 | ALPINESTARS S.P.A. |
| 10-00078 | ALPINESTARS S.P.A. |
| * 10-00079 | ALPINESTARS S.P.A. |
| 10-00080 | ALPINESTARS S.P.A. |